## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Ward, Clarence M | Case Number:  04 B 47597 |
| Ward, Sonmetra K | Judge:  Wedoff, Eugene R |
| Printed: 12/23/08 | Filed:  12/29/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Completed:  October 30, 2008

Confirmed:  February 10, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 41,800.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 35,820.78 |
| Priority: | | 164.53 |
| Administrative: | | 1,500.00 |
| Trustee Fee: | | 1,960.24 |
| Other Funds: | | 2,354.45 |
| Totals: | 41,800.00 | 41,800.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 1,500.00 | 1,500.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Internal Revenue Service | Priority | 164.53 | 164.53 |
| 4. | Bobby D Associates | Unsecured | 14,276.19 | 0.00 |
| 5. | Discover Financial Services | Unsecured | 13,543.40 | 13,543.40 |
| 6. | Resurgent Capital Services | Unsecured | 9,531.53 | 9,531.53 |
| 7. | Marshall Field & Company | Unsecured | 7,108.54 | 7,108.54 |
| 8. | ECast Settlement Corp | Unsecured | 5,615.86 | 5,615.86 |
| 9. | Internal Revenue Service | Unsecured | 21.45 | 21.45 |
| 10. | Asthma & Allergy Center | Unsecured | | No Claim Filed |
| 11. | Capital One | Unsecured | | No Claim Filed |
| 12. | Aurora Auto Sales | Unsecured | | No Claim Filed |
| 13. | Collection Company Of America | Unsecured | | No Claim Filed |
| 14. | Capital One | Unsecured | | No Claim Filed |
| 15. | Dayton Hudson Corp | Unsecured | | No Claim Filed |
| 16. | Town & Country | Unsecured | | No Claim Filed |
| 17. | Pedios Ltd | Unsecured | | No Claim Filed |
| | | | $ 51,761.50 | $ 37,485.31 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Ward, Clarence M

Ward, Sonmetra K

Printed: 12/23/08

Case Number:  04 B 47597

Judge:  Wedoff, Eugene R

Filed:  12/29/04

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 216.61 |
| 3% | 98.98 |
| 5.5% | 483.78 |
| 5% | 109.94 |
| 4.8% | 373.51 |
| 5.4% | 534.21 |
| 6.5% | 286.94 |
| 6.6% | (143.73) |
| | $ 1,960.24 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

